# Exhibit 2

 Outlook

Status Update for Request #2025-02898-F

**From** no-reply.daf.foia@us.af.mil <no-reply.daf.foia@us.af.mil>
**Date** Mon 2/10/2025 4:06 PM
**To** Jones, Nate <Nate.Jones@washpost.com>

**CAUTION: EXTERNAL SENDER**

Dear Nate Jones,

The status of your FOIA request #2025-02898-F has been updated to the following status 'Received'. To log into the PAL Application click on the Application
 URL below.

https://efoia.cce.af.mil/ [efoia.cce.af.mil]

Sincerely,
Air
 Force FOIA Requester Service Center