# Exhibit 4



1301 K STREET, N.W.
WASHINGTON, D.C. 20071-7403

February 10, 2025

VIA FOIA.gov ONLINE SUBMISSION PORTAL

Re: EXPEDITED Freedom of Information Act Request

Dear Information Officer:

Pursuant to the Freedom of Information Act (FOIA), I hereby request the following:

*All passenger manifests and aircraft flight logs and similar records for all helicopter flights conducted by Air Station Atlantic City, the rotary aircraft unit that serves the Washington, D.C. area.*

*The date range for this request is January 1, 2017 until the present.*

**This request qualifies for expedited processing because there is a compelling need to urgently inform the public concerning federal government activity due to the recent military helicopter and civilian airplane crash near Reagan National Airport in the Washington D.C. area.** I am a representative of the Washington Post, a news media organization primarily engaged in the dissemination of information.

*Al-Fayed v. C.I.A.* created a four-part test to determine if a record should qualify for Expedited Processing because there is a compelling need to urgently inform the public about government activity. This request satisfies each of the four parts. See *Al-Fayed v. C.I.A.*, 254 F.3d 300, 310 (D.C. Cir. 2001) and *Bloomberg, L.P. v. U.S. Food & Drug Admin.*, 500 F.Supp.2d 371, 378 (S.D.N.Y. 2007).

1) knowledge of the quantity and types of Department of Defense helicopter flights being flown in the Washington D.C. area is a matter of current exigency to the American public due to the recent military helicopter and civilian airplane crash near Reagan National Airport in the Washington D.C. area,

2) delay in releasing information about quantity and types of Department of Defense helicopter flights being flown in the Washington D.C. area will compromise the recognized public interest in being informed about the ongoing public debate over the safety of air travel in the Washington D.C. Area. (See Ian Duncan, *D.C. crash took place in congested airspace shared by jets, helicopters*, Washington Post, Jan. 30, 2025, https://www.washingtonpost.com/business/2025/01/30/reagan-airport-airspace-plane-crash-washington-dc/),
3) military records of military helicopter flights are clearly federal government activity, and
4) there are credible claims, including by Senators that aspects of the government's activity in conducting flights in the D.C. region is improper. (See *Warner & Kaine Statement on Ramming of Dangerous Provision into FAA Bill That Will Put Passengers at Risk*, https://www.warner.senate.gov/public/index.cfm/pressreleases?ID=FC13FC50-F9DA-46A2-93BB-A02E77F7DD5A)
I certify that this information is true and correct to the best of my knowledge. See *Al-Fayed v. C.I.A.*, 254 F.3d 300, 310 (D.C. Cir. 2001); *Bloomberg, L.P. v. U.S. Food & Drug Admin.*, 500 F.Supp.2d 371, 378 (S.D.N.Y. 2007).

If you regard these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As FOIA requires under 5 U.S.C. § 552(a)(8), **please release all segregable, non-exempt portions** of documents. To permit me to reach an intelligent and informed decision whether to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

Moreover, as FOIA requires, please review whether there is any foreseeable harm from disclosing the requested records, or if any potential harm would be limited in comparison to the public interest in disclosure. As required by 5 U.S.C. § 552(a)(8), please release all such information, even if it technically may fall under a FOIA exemption.

As a representative of the news media, The Washington Post qualifies for **news media fee status** under 5 U.S.C. § 552(a)(4)(A)(ii)(II) and, therefore, may not be charged search and review fees. See *National Security Archive v. Department of Defense*, 880 F.2d 1381 (D.C. Cir. 1989), cert denied, 110 S

Ct. 1478 (1990). This request is made as part of a scholarly and news research project that is intended for publication and is not for commercial use. For details on the Post's news reporting activities please see our website at www.washingtonpost.com.

As you know, 5 U.S.C. § 552(a)(4)(A)(viii)(I) prohibits agencies from charging news media organizations duplication fees if the agency does not meet its twenty working day time limit (thirty working days for "unusual" requests).

Additionally, because this information will be used by the Washington Post for the preparation of news articles that will be broadly disseminated to the general public, it will contribute significantly to public understanding of the operations or activities of the government and is not primarily in the Post's commercial interest. As such, please grant a **fee waiver** for any remaining fees incurred.

Please notify me before incurring any cost over $100.

To expedite the release of the requested documents, please disclose them on an interim basis in **electronic format** as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding my request, including its scope, please contact me at nate.jones@washpost.com

Sincerely,
/s/
Nate Jones

 An official website of the United States government
Here's how you know 

UNITED STATES DEPARTMENT of JUSTICE

 FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1934781

# Success!

## Your FOIA request has been created and is being sent to the U.S. Coast Guard.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

Kate Claffie, Chief FOIA & Privacy Officer

571-607-4337

efoia@uscg.mil

Amanda Ackerson, FOIA Requester Service Center

202-475-3522

efoia@uscg.mil

Amanda Ackerson, FOIA Public Liason

571-607-4337

efoia@uscg.mil

 United States Coast Guard, ATTN: FOIA Coordinator
Commandant (CG-611), 2703 Martin Luther King Jr Ave, SE, Stop 7710
Washington, DC 20593-7710

efoia@uscg.mil

## Request summary

Request submitted on **February 10, 2025**.

The confirmation ID for your request is **1934781**.

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Nate Jones

**Mailing address**
1301 K St. NW
Washington, DC 20071
United States

**Phone number**
9706909645

**Company/organization**
The Washington Post

**Email**
nate.jones@washpost.com

## Your request

All passenger manifests and aircraft flight logs and similar records for all helicopter flights conducted by Air Station Atlantic City, the rotary aircraft unit that serves the Washington, D.C. area. The date range for this request is January 1, 2017 until the present.

## Additional information

 20250210 Coast Guard FOIA.docx

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
As a representative of the news media, The Washington Post qualifies for news media fee status under 5 U.S.C. § 552(a)(4)(A)(ii)(II) and, therefore, may not be charged search and review fees. See National Security Archive v. Department of Defense, 880 F.2d 1381 (D.C. Cir. 1989), cert denied, 110 S Ct. 1478 (1990). This request is made as part of a scholarly and news research project that is intended for publication and is not for commercial use. For details on the Post's news reporting activities please see our website at www.washingtonpost.com. As you know, 5 U.S.C. § 552(a)(4)(A)(viii)(I) prohibits agencies from charging news media organizations duplication fees if the agency does not meet its twenty working day time limit (thirty working days for "unusual" requests). Additionally, because this information will be used by the Washington Post for the preparation of news articles that will be broadly disseminated to the general public, it will contribute significantly to public understanding of the operations or activities of the government and is not primarily in the Post's commercial interest. As such, please grant a fee waiver for any remaining fees incurred. Please notify me before incurring any cost over $100.

**The amount of money you're willing to pay in fees, if any**
100

## Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
This request qualifies for expedited processing because there is a compelling need to urgently inform the public concerning federal government activity due to the recent military helicopter and civilian airplane crash near Reagan National Airport in the Washington D.C. area. I am a representative of the Washington Post, a news media organization primarily engaged in the dissemination of information. Al-Fayed v. C.I.A. created a four-part test to determine if a record should qualify for Expedited Processing because there is a compelling need to urgently inform the public about government activity. This request satisfies each of the four parts. See Al-Fayed v. C.I.A., 254 F.3d 300, 310 (D.C. Cir. 2001) and Bloomberg, L.P. v. U.S. Food & Drug Admin., 500 F.Supp.2d 371, 378 (S.D.N.Y. 2007). 1) knowledge of the quantity and types of Department of Defense helicopter flights being flown in the Washington D.C. area is a matter of current exigency to the American public due to the recent military helicopter and civilian airplane crash near Reagan National Airport in the Washington D.C. area, 2) delay in releasing information about quantity and types of Department of Defense helicopter flights being flown in the Washington D.C. area will compromise the recognized public interest in being informed about the ongoing public debate over the safety of air travel in the Washington D.C. Area. (See Ian Duncan, D.C. crash took place in congested airspace shared by jets, helicopters, Washington Post, Jan. 30, 2025, https://www.washingtonpost.com/business/2025/01/30/reagan-airport-airspace-plane-crash-washington-dc/), 3) military records of military helicopter flights are clearly federal government activity, and 4) there are credible claims, including by Senators that aspects of the government's activity in conducting flights in the D.C. region is improper. (See Warner & Kaine Statement on Ramming of Dangerous Provision into FAA Bill That Will Put Passengers at Risk, https://www.warner.senate.gov/public/index.cfm/pressreleases?ID=FC13FC50-F9DA-46A2-93BB-A02E77F7DD5A) I certify that this information is true and correct to the best of my knowledge. See Al-Fayed v. C.I.A., 254 F.3d 300, 310 (D.C. Cir. 2001); Bloomberg, L.P. v. U.S. Food & Drug Admin., 500 F.Supp.2d 371, 378 (S.D.N.Y. 2007).


FOIA.gov

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice

441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ↗  CC3.0

| FREQUENTLY ASKED QUESTIONS
| DEVELOPER RESOURCES
| AGENCY API SPEC
| FOIA CONTACT DOWNLOAD
| FOIA DATASET DOWNLOAD
| ACCESSIBILITY
| PRIVACY POLICY
| POLICIES & DISCLAIMERS
| JUSTICE.GOV
| USA.GOV ↗