# Exhibit 5

 **Outlook**

---

**Your Freedom of Information Act (FOIA) Request 2025-CGFO-00987**

---

**From** EFOIA@uscg.mil <noreply@securerelease.us>
**Date** Thu 2/13/2025 12:32 PM
**To** Jones, Nate <Nate.Jones@washpost.com>

**CAUTION: EXTERNAL SENDER**

Dear Mr. Jones,

This acknowledges receipt of your February 10, 2025, Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG) for all passenger manifests, aircraft flight logs and similar records for all helicopter flights conducted by Air Station Atlantic City, the rotary aircraft unit that serves the Washington, D.C. area, from January 1, 2017 to the present. Your request was received on February 10, 2025 and has been assigned FOIA number 2025-CGFO-00987.

We have queried the appropriate component of the USCG for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

You may contact this office via telephone at 202-475-3522 or via email at EFOIA@uscg.mil if you have any further questions.

Sincerely,


U.S. Coast Guard
CG-6P
Freedom of Information Act (FOIA) Office
EFOIA@uscg.mil