# Exhibit 7

 Outlook

## CBP FOIA - CBP-FO-2025-063486

**From** cbpfoia@cbp.dhs.gov <noreply@securerelease.us>
**Date** Tue 2/11/2025 1:55 PM
**To** Jones, Nate <Nate.Jones@washpost.com>

**CAUTION: EXTERNAL SENDER**

Nate
 Jones
The Washington Post
1301 K St. NW
Washington, District of Columbia 20071

02/11/2025

CBP-FO-2025-063486

Dear Nate Jones:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs
 and Border Protection (CBP) received on 2/10/2025. Please use the following unique FOIA tracking number CBP-FO-2025-063486 to track the status of your request. If you have not already done so, you must create a SecureRelease account. This is the only method
 available to check the status of your pending FOIA request.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS FOIA regulations outlined on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations
 [federalregister.gov]. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you.

Due to the increasing number of FOIA requests
 received by this office, we may encounter some delay in processing your request. Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt. Although CBP's goal is to respond within
 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c). As your request seeks documents that will require a thorough and wide-ranging search, CBP will
 invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner.

CBP's FOIA Division
 is working hard to reduce the amount of time necessary to respond to FOIA requests. We truly appreciate your

continued patience.

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia [cbp.gov].

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection