UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC d/b/a THE WASHINGTON POST,<br><br>       Plaintiff,<br> v.<br><br>DEPARTMENT OF THE AIR FORCE, et al.,<br><br>       Defendants. | Civil Action No. 25-1053 (JMC) |

## MOTION FOR EXTENSION OF TIME

    Defendants Department of the Air Force, Department of the Army, United States Coast Guard, United States Customs and Border Protection, and Department of the Navy, by and through undersigned counsel, respectfully move to extend the deadline to respond to the amended complaint in this matter by approximately twenty-seven days—i.e., until June 5, 2025. Prior to filing this motion, undersigned counsel conferred with Plaintiff and Plaintiff, through counsel, opposes the relief sought in this motion. Namely, Plaintiff's position is that "Plaintiff consents to an extension of two weeks for the government's answer but opposes a longer extension. As recent events have illustrated, the public has an urgent need for greater information about government helicopter flights near Reagan National Airport. *See, e.g.,* Dana Munro & Brittany Shammas, *Helicopter forces three planes to change landing plans at DCA*, The Washington Post (May 4, 2025); Ian Duncan et al., *Airliners abort landings amid Army helicopter's 'scenic' loop around Pentagon*, The Washington Post (May 3, 2025) (noting that "[t]he helicopter was part of the same brigade involved in the deadly Jan. 29 crash with an American Airlines jet," which "resumed flights in the Washington region only a week ago")." Although Plaintiff opposes, there is good cause to grant this motion and the grounds for this motion are as follows:

Plaintiff initially filed this suit on April 8, 2025, and served the U.S. Attorney's Office on or about April 9, 2024. A few weeks later, Plaintiff filed an amended complaint. Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to FOIA requests submitted to Defendants. *See generally* Am. Compl. (ECF No. 5). Defendants' deadline to respond to the amended complaint is currently May 9, 2025.

There is good cause to grant this motion. Undersign counsel was only assigned this matter a couple of days ago. Although undersigned was recently assigned to this matter, undersigned counsel has reached-out the relevant agencies in order to promptly gather information necessary for the defense of this action. Undersigned has been able to determine the assigned agency counsel for some of the agencies but needs additional time to determine the assigned attorney for at least one more agency. Also, undersigned has been informed by several of the agencies that they need additional time to confer internally, determine the status of the FOIA request, review the allegations in the complaint, and if necessary, assist in preparing an appropriate response to the amended complaint.

Further, undersigned counsel has a demanding litigation caseload (approximately seventy-four cases), with numerous court and litigation deadlines coming up within the next couple of weeks. These deadlines include at least five substantive briefs and a myriad of Joint Status Reports and pleadings. Also, new cases are assigned each week. As a result, because undersigned was recently assigned to this matter and the demands of her large docket of active cases, and the swelling number of cases in her office overall, undersigned counsel requests a reasonable amount of additional time beyond the current deadline to review the administrative record, further confer with the client agencies, explore whether this case may be resolved without litigation, and if not, formulate Defendants' response to Plaintiff's amended complaint. Furthermore, if a response to

the amended complaint must be filed, undersigned needs additional time to complete the internal supervisory and agency review of the response to the amended complaint before filing it with the Court. Accordingly, Defendants request this extension of time.

Although Plaintiff opposes a twenty-seven-day extension, Defendants respectfully submit that there is no plausible explanation as to how the short extension or an additional two weeks beyond the time Plaintiff agreed to would prejudice Plaintiff nor do Plaintiff suggest otherwise. Nevertheless, granting the requested extension is necessary for defense coordination and will serve the interests of justice by affording government counsel a reasonable period of additional time to confer with each agency, appropriately investigate the claims in this matter, and plan and prepare an appropriate response to the amended complaint. Further, Defendants propose this extension in good faith and not for the purpose of delay and granting the requested extension will not impact any other deadlines.

WHEREFORE, Defendants respectfully request that the deadline to respond to the amended complaint be extended until June 5, 2025. A proposed order is enclosed herewith.

Dated: May 8, 2025  
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866  
United States Attorney

By:    */s/Stephanie R. Johnson*  
STEPHANIE R. JOHNSON  
D.C. Bar # 1632338  
Assistant United States Attorney  
U.S. Attorney's Office, Civil Division  
601 D Street N.W.  
Washington, D.C. 20530  
(202) 252-7874  
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC d/b/a THE WASHINGTON POST,<br><br>     Plaintiff,<br> v.<br><br>DEPARTMENT OF THE AIR FORCE, et al.,<br><br>     Defendants. | Civil Action No. 25-1053 (JMC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have until June 5, 2025, to respond to the amended complaint in this action.

SO ORDERED:

_____         _____
Dated                        Jia M. Cobb
                             United States District Judge